Adam M. Rose (210880)
adam@frontierlawcenter.com
Manny M. Starr (319778)
manny@frontierlawcenter.com
Daniel Ginzburg (327338)
dan@frontierlawcenter.com
FRONTIER LAW CENTER
23901 Calabasas Road, #2074
Calabasas, CA 91302
Telephone: (818) 914-3433
Facsimile: (818) 914-3433

Attorneys for Plaintiff
Terri Gibson

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI GIBSON and all other aggrieved employees,<br><br>Plaintiff,<br><br>v.<br><br>SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, SWIFT TRANSPORTATION SERVICES, LLC, and DOES 1 to 10, inclusive,<br><br>Defendants. | NO.  5:20-cv-00318-ODW-SP<br><br>PLAINTIFF TERRI GIBSON'S SUPPLEMENTAL BRIEF IN SUPPORT OF REQUESTED COSTS; DECLARATION OF ADAM ROSE: REVISED PROPOSED ORDER; PROPOSED JUDGMENT |

I.  QUALIFICATIONS OF MEDIATOR MARK RUDY

The parties selected Mark Rudy as the mediator since he is a highly well-regarded employment law mediator. Mark Rudy has developed a cachet as a go-to neutral for potentially large class and PAGA settlements. Mark Rudy's fee for an all-day class/PAGA mediation is $20,000.  This amount is consistent with similarly well-regarded employment law mediators. In fact, Plaintiff's counsel recently booked employment law mediations with the following employment law mediators:

-1-
SUPPLEMENTAL BRIEF

1  Steven J. Serratore, who charges $22,500 for class and PAGA mediations, and
2  Michael E. Dickstein, who charges $23,000 for class and PAGA mediations. *See*
3  Supp. Decl. of Adam Rose.  Defense counsel has used both Mr. Serratore and Mr.
4  Dickstein in similar wage-hour cases and can confirm their rates are similar to Mr.
5  Rudy's.

6       Plaintiff and Defendant both agreed that Mark Rudy's fee was reasonable
7  considering his experience and respect in employment law mediations. Thus, the cost
8  for mediation was split evenly between the parties.

9       Mark Rudy read each side's mediation brief and engaged with the parties
10 during the full day mediation on March 4, 2021. At the conclusion of the mediation,
11 Mr. Rudy circulated a mediator's proposal to the parties and continued to
12 communicate with the parties after the mediation, until a settlement was finally
13 reached on March 11, 2021. The parties benefitted from Mark Rudy's services since
14 he was able to forge an agreement after reviewing all the information and facilitating
15 the negotiations. A copy of Mark Rudy's CV is attached. *See* Supp. Decl. of Adam
16 Rose.

17      Plaintiff incurred $12,731.40 in recoverable costs.  Based on the amended
18 settlement agreement, Plaintiff is willing to forego $2,731.40 of that amount;
19 however, the $10,000 that Plaintiff paid to mediator Mark Rudy was worthwhile and
20 should be awarded.

22 II.    SETTLEMENT ADMINISTRATION EXPENSE

23      Phoenix Class Action Settlement Solutions has subsequently confirmed it will
24 charge $3,000 to administer the settlement. The amended settlement agreement
25 allowed up to $10,000 in administration costs, however clarity from the settlement
26 administrator hopefully addresses the issue.
27 ///
28 ///

## III. CONCLUSION

Based on the above, Plaintiff respectfully requests the court to approve the requested cost reimbursement relating to mediator Mark Rudy.

Date: March 4, 2022                      FRONTIER LAW CENTER
/s/ Adam Rose
Attorney for Plaintiff
Terri Gibson