# United States District Court
# Central District of California

| | |
|---|---|
| TERRI GIBSON and all other aggrieved employees,<br><br>               Plaintiff,<br><br>          v.<br><br>SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, SWIFT TRANSPORTATION SERVICES, LLC, and DOES 1 to 10, inclusive,<br><br>               Defendants. | Case No. 5:20-cv-00318-ODW (SPx)<br><br>**ORDER APPROVING SUPPLEMENTED AMENDED SETTLEMENT AGREEMENT [46]** |

Having received and reviewed the Supplement re: Proposed PAGA Settlement filed by Plaintiff, (Supp., ECF No. 46), the Court hereby **APPROVES** the supplemented amended PAGA settlement agreement as filed on March 8, 2022.

*(cont'd)*

///

///

///

///

///

///

-1-

The gross settlement of **$180,074.48** consists of the following:

1) Attorney fees for Frontier Law Center of **$45,018.62** (25% of gross settlement)

2) Litigation costs for Frontier Law Center of **$10,000**

3) Enhancement payment to Gibson of **$5,000**

4) Settlement administration expenses of **$3,000**

5) Payment to LWDA of **$87,791.90** (75% of remaining net settlement)

6) Payment to aggrieved employees of **$29,263.96** (25% of net settlement)

The Court will issue a Judgment of dismissal consistent with this Order.

**IT IS SO ORDERED.**

Date: March 15, 2022

_____

Hon. Judge Otis D. Wright II

ORDER APPROVING SUPPLEMENTED AMENDED PAGA SETTLEMENT AGREEMENT