JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| TERRI GIBSON and all other aggrieved employees, | Case No. 5:20-cv-00318-ODW (SPx)_ |
| Plaintiff, | **JUDGMENT** |
| v. | |
| SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, et al., | |
| Defendants. | |

In accordance with the Court's Order granting final approval of the Parties' Supplemented Amended Settlement Agreement under the Private Attorneys' General Act, (Order, ECF No. 47), it is hereby **ORDERED**, **ADJUDGED**, and **DECREED**, that:

///
///
///
///
///
///

-1-

JUDGMENT

**JUDGMENT** is entered in favor of Defendants Swift Transportation Co. of Arizona, LLC and Swift Transportation Services, LLC. Plaintiff and the allegedly aggrieved employees shall take nothing from Defendants except in accordance with the approved settlement.

This Order shall constitute the **FINAL JUDGMENT** of the Court and is a separate document for purposes of Federal Rule of Civil Procedure 58(a).

The trial and all pretrial dates and deadlines are **VACATED**. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

Date: March 17, 2022

_____
Hon. Otis D. Wright II